TUV⦻ÞÁÖÒÞ⦻Ö
Kevin H. Sharp

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TRACY B. ERVIN, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:10-cv-1234 |
| | ) | |
| v. | ) | JUDGE SHARP |
| | ) | MAGISTRATE JUDGE KNOWLES |
| HONEYWELL TECHNOLOGY | ) | |
| SOLUTIONS, INC. | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## MOTION TO SET TRIAL DATE

COMES now Plaintiff, TRACY B. ERVIN, by and through counsel and moves this Honorable Court for a status and trial date to be reset in the above-referenced matter. In support of her motion, Plaintiff shows the following:

1.  The Complaint in this matter was filed on December 28, 2010. (D.E. No. 1). The Summons was served on the Defendant in this matter and returned to the court on January 11, 2011. (D.E. No. 4). The parties jointly filed a Motion to Continue the Trial and this Court set the new trial date for July 10, 2012 on September 30, 2011. (D.E. No. 18).

2.  Defendant filed its Motion for Summary Judgment on March 9, 2012, in accordance to the Case Management Order. (D.E. No. 24) Plaintiff filed her response on April 6, 2012. (D.E. No. 34). Defendant filed a Reply to Plaintiff's Response on April 25, 2012. (D.E. No. 38).

3.  Defendant filed four (4) Motions in *Limine* on June 11, 2012, for Plaintiff to respond to and to be ruled on by this Court in anticipation for the trial. (D.E. Nos. 44-51).

4.  On June 13, 2012, this Honorable Court entered an Order stating that, "The trial scheduled for July 10, 2012 and the final pretrial conference scheduled for June 18, 2012 are